UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZTE CORPORATION et al. )<br>)<br>Defendants. ) | Civil Action No. 4:18-cv-675-ALM |

## JOINT MOTION TO DISMISS ZTE DEFENDANTS

WHEREAS, and Plaintiff American Patents LLC ("American") and Defendants ZTE Corporation and ZTE (TX) Inc. (collectively, "ZTE") have resolved American's claims for relief against ZTE asserted in this case.

NOW, THEREFORE, American and ZTE, through their attorneys of record, request this Court to dismiss all claims asserted by American against ZTE with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: July 2, 2019

Respectfully submitted,

By: */s/ Larry D. Thompson, Jr.*
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney

Texas Bar No. 24067819
ryan@ahtlawfirm.com
Michael D. Ellis
Texas Bar No. 24081586
michael@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006 (713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com

THE STAFFORD DAVIS FIRM
The People's Petroleum Building
102 North College Avenue, 13th Floor
Tyler, Texas 75702
(903) 593-7000
(903) 705-7369 fax

*Attorneys for American Patents LLC*

By: */s/ James R. Sobieraj*

James R. Sobieraj (IL Bar No. 6183779)
jsobieraj@brinksgilson.com
**BRINKS GILSON & LIONE**
455 N. Cityfront Plaza Drive
NBC Tower, Suite 3600
Chicago, Illinois 60611-5599
Phone: (312) 321-4200
Fax: (312) 321-4299

*Attorney for Defendants*
*ZTE Corporation and ZTE (TX) Inc.*